Sodhi v IAC/InterActive Corp. (2023 NY Slip Op 02771)

Sodhi v IAC/InterActive Corp.

2023 NY Slip Op 02771

Decided on May 23, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 23, 2023

Before: Webber, J.P., Kern, Oing, Rodriguez, JJ. 

Index No. 652390/20 Appeal No. 304 Case No. 2022-03552 

[*1]Nina Sodhi et al., Plaintiffs-Appellants,
v
IAC/InterActive Corp., Defendant-Respondent.

The Law Office of William Waldner, New York (Edwin J. Kilpela of counsel), for appellants.
Wachtell, Lipton, Rosen & Katz, New York (Stephen R. DiPrima of counsel), for respondent.

Order, Supreme Court, New York County (Nancy M. Bannon, J.), entered July 18, 2022, which denied plaintiffs' motion for leave to file an amended complaint pursuant to CPLR 3025(b), unanimously affirmed, without costs.
The motion was properly denied. At the time plaintiffs moved for leave to amend, the original complaint had already been dismissed. Accordingly, "there was no complaint left before the court to amend" (Tanner v Stack, 176 AD3d 429 [1st Dept 2019] [internal quotation marks omitted]; see Favourite Ltd. v Cico, 208 AD3d 99, 108 [1st Dept 2022]).
We have considered plaintiffs' remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 23, 2023